AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

United States of America

v.

**ROBERT L. ROBINSON**

_Defendant_

Case No. 24-MJ- 63
(FILED UNDER SEAL)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

On or about June 7, 2024, in the Western District of New York, the defendant, **ROBERT L. ROBINSON**, did knowingly, intentionally, and unlawfully possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about June 7, 2024, in the Western District of New York, the defendant, **ROBERT L. ROBINSON**, in furtherance of drug trafficking crimes for which the defendant may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Sections 841(a)(1), committed in the manner set forth in Count 1 of this Complaint, the allegations of which are incorporated herein by reference, did knowingly possess firearms, namely, one (1) Smith & Wesson MP40 Sheild .40 caliber handgun bearing serial number HVF8766, and one (1) Romarm Mini Draco 7.62x39 caliber rifle bearing serial number, PF09862019RO, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_William Bova_
Complainant's signature

WILLIAM BOVA
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
_Printed name and title_

Sworn to and signed telephonically.

Date: June 12, 2024

_H. Kenneth Schroeder, Jr._
Judge's signature

HONORABLE H. KENNETH SCHROEDER
UNITED STATES MAGISTRATE JUDGE
_Printed name and title_

City and State: Buffalo, New York

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE     )  SS:
CITY OF BUFFALO    )

### I. INTRODUCTION

I, **WILLIAM BOVA**, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, having been duly sworn, states as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) of the United States Department of Justice. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I have been a Special Agent with the FBI since April of 2023. I have received drug, gang, criminal enterprise, and Title III wiretap investigative training at the FBI Training Academy located in Quantico, Virginia. Prior to my employment as a Special Agent with the FBI, I was employed as a United States Probation Officer (USPO) in the Middle District of Tennessee from January of 2015 through June of 2016, and in the Western District of New York from June of 2016 through April of 2023. During my career, I have participated in investigations involving violent crime, firearms trafficking, drug trafficking networks, organized crime, and neighborhood-based street gangs. I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated drug trafficking networks, and the way that controlled substances are obtained, diluted, packaged, distributed, sold and used in the Western

1

District of New York. In addition, I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated violent crime, firearms trafficking, drug trafficking networks, organized crime, and neighborhood-based street gangs in the Western District of New York. As a result of my training and experience, and as a result of the information shared with me by my experienced colleagues, I am familiar with how individuals possess and utilize firearms in crimes of violence and in the violent defense of themselves and their drug trafficking and gang-related activity and associates. My investigative experience detailed herein, and the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein. During my tenure with the USPO and FBI, I have executed State and Federal search and arrest warrants in narcotics and firearms-related investigations.

2.    Your Affiant states that this investigation was conducted by The Erie County Sheriff's Office (ECSO) and other law enforcement personnel assigned to the FBI Buffalo Division – Safe Streets Task Force (FBI-SSTF).[1] Your Affiant is familiar with the facts and circumstances of this investigation, such familiarity having been gained through: My personal knowledge, my participation in this investigation; the statements and/or reports made/provided to me by law enforcement personnel; information provided by confidential sources; physical surveillance, records checks of various public and law enforcement data bases, and other investigative techniques.

---

[1] The SSTF is comprised of Agents and Investigators from the ECSO, Lackawanna Police Department, Niagara Frontier Transportation Authority Police Department, and the Buffalo Police Department.

2

3.      This affidavit is made in support of a criminal complaint charging **ROBERT L. ROBINSON** with violations of Title 18, United States Code, Section 924(c)(1)(A)(i) (possession of a firearm in furtherance of drug trafficking) and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) (possession with intent to distribute cocaine).  Because this affidavit is provided for the limited purposes of establishing probable cause to support the attached Criminal Complaint, it does not contain each and every detail of the investigation.

## II.    PROBABLE CAUSE

5.      On June 7, 2024, at approximately 4:23 p.m., the ECSO Intelligence Unit executed a search warrant signed by the Honorable New York State Supreme Court Judge M. William Boller for the residence located at 60 Sterling Avenue, Upper, Buffalo, New York (to include common areas), any person therein or thereat, a blue 2023 Cadillac CT5 sedan (NY Registration LGC-5396), and the person of **ROBERT L. ROBINSON**. The utilities at 60 Sterling Avenue, Upper, Buffalo, New York, are in **ROBINSON's** name and a historical police report indicates that it 60 Sterling Avenue, Upper is **ROBINSON's** residence.

6.      During the execution of the search warrant, **ROBINSON** was located inside the residence and was detained without incident. The following items were recovered, among other things, during the execution of the search:

   a.   A clear plastic bag within a black plastic bag containing a white powder suspected cocaine and weighing approximately 4.5 ounces, concealed within an airduct in a common area of 60 Sterling Avenue;

   b.   A large sum of United States Currency, concealed within an airduct in a common area of 60 Sterling Avenue;

   c.   One (1) Romarm Mini Draco 7.62x39 semi-automatic rifle, bearing serial

3

        number PF09862019RO, loaded with twenty-seven rounds, concealed within an airduct in a common area of 60 Sterling Avenue (depicted below);

d. One (1) Smith & Wesson MP40 Shield handgun, bearing serial number HVF8766, loaded with six live rounds, concealed within an airduct in a common area of 60 Sterling Avenue;

e. Another large sum of United States Currency, located within the kitchen of 60 Sterling Avenue, Upper;

f. A digital scale with suspected narcotics residue, located within the kitchen of 60 Sterling Avenue, Upper;

g. A black plastic bag containing suspected marijuana, located within the kitchen of 60 Sterling Avenue, Upper; and,

h. Twenty (20) rounds of .40 caliber ammunition; located within a bedroom of 60 Sterling Avenue, Upper;



The Smith & Wesson MP40 Shield handgun was reported as a duty weapon stolen from a member of the Miami Dade Police Department on July 18, 2019. The U.S. Currency seized during the execution of the search warrant totaled $35,869.00.

4

7. Based upon my training and experience, as well as the training and experience of other members of law enforcement involved in this investigation, in the recognition, identification, and packaging of controlled substances, law enforcement believes the white powder seized from 60 Sterling Avenue to be cocaine, a Schedule II controlled substance.

8. After the execution of the search warrant on June 7, 2024, at 60 Sterling Avenue, Buffalo, New York, **ROBINSON** was taken into custody and interviewed by law enforcement. **ROBINSON** was read his *Miranda* warnings, signed a *Miranda* warnings waiver form, and agreed to speak with investigators. Thereafter, **ROBINSON** told investigators that all the evidence, including the firearms and suspected cocaine seized from 60 Sterling Avenue belonged to him.

9. **WHEREFORE**, based upon the foregoing, I respectfully submit that there is probable cause to believe that **ROBINSON** did knowingly, willfully, and unlawfully violate Title 18, United States Code, Section 924(c)(1)(A)(i) and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Accordingly, I respectfully request issuance of the attached Criminal Complaint, and that the complaint and supporting affidavit remain under seal until further order of the Court.

*William Bova*
WILLIAM BOVA
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically
this 12th day of June 2024.

*H. Kenneth Schroeder, Jr.*
HONORABLE H. KENNETH SCHROEDER
United States Magistrate Judge