AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
## for the
## Western District of New York

United States of America

v.

**ROBERT L. ROBINSON**

*Defendant*

Case No. 24-MJ- 63

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **ROBERT L. ROBINSON**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

**Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 924(c)(1)(A)(i).**

Date: June 12, 2024

*Issuing officer's signature*
H. Kenneth Schroeder, Jr.

City and State: Buffalo, New York

HON. H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

### Return

This warrant was received on *(date)* 6/12/2024, and the person was arrested on *(date)* 6/13/2024, at *(city and state)* BUFFALO, NEW YORK.

Date: 6/13/2024

*Arresting officer's signature*
William Bova

WILLIAM BOVA  SPECIAL AGENT FBI
*Printed name and title*