# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

| | |
|---|---|
| | **OCTOBER 2023 GRAND JURY** <br> **(Impaneled 10/27/2023)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:** <br> Title 18, United States Code, <br> Sections 922(g)(1) and 924(c)(1)(A)(i); <br> Title 21, United States Code, <br> Section 841(a)(1) |
| **ROBERT L. ROBINSON** | |
| | (3 Counts, Drug Felony Allegation, and 2 Forfeiture Allegations) |

### COUNT 1

**(Possession with Intent to Distribute Cocaine)**

**The Grand Jury Charges That:**

On or about June 7, 2024, in the Western District of New York, the defendant, **ROBERT L. ROBINSON**, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

**(Possession of Firearms in Furtherance of Drug Trafficking)**

**The Grand Jury Further Charges That:**

On or about June 7, 2024, in the Western District of New York, the defendant, **ROBERT L. ROBINSON**, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), committed in the manner set forth in Count 1 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly possess firearms.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).**

## COUNT 3

**(Felon in Possession of Firearms)**

**The Grand Jury Further Charges That:**

On or about June 7, 2024, in the Western District of New York, the defendant, **ROBERT L. ROBINSON**, knowing that he had previously been convicted on or about February 11, 2003 and August 25, 2011, in United States District Court, Western District of New York, of crimes each punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms, namely, one (1) Smith & Wesson MP40 Shield .40 caliber handgun bearing serial number HVF8766, and one (1) Romarm Mini Draco 7.62x39 caliber rifle bearing serial number, PF09862019RO.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

## ALLEGATION OF PRIOR CONVICTION
## FOR SERIOUS DRUG FELONY

Before the defendant, **ROBERT L. ROBINSON**, committed the offense charged in Count 1 of this Indictment, the defendant had two final convictions for felony drug offenses, that is, first, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and second, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FIRST FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of Count 1 of this Indictment, the defendant, **ROBERT L. ROBINSON**, shall forfeit to the United States, all his right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and/or any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violation, including, but not limited to the following seized by law enforcement on or about June 7, 2024 from 60 Sterling Avenue, Buffalo, New York:

**CURRENCY**:

    a.    The approximate sum of thirty-five thousand, eight hundred sixty-nine dollars and zero cents ($35,869.00) in United States currency.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)  cannot be located upon the exercise of due diligence,

(b)  has been transferred or sold to, or deposited with, a third person,

(c)  has been placed beyond the jurisdiction of the Court,

(d)  has been substantially diminished in value, or

(e)  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p).**

## SECOND FORFEITURE ALLEGATION

### The Grand Jury Further Alleges That:

Upon conviction of any and all Counts of this Indictment, the defendant, **ROBERT L. ROBINSON**, shall forfeit to the United States, all his right, title and interest in any firearms and ammunition involved or used in the commission of the offenses, or found in the possession or under the immediate control of the defendant, including but not limited to the following property seized from 60 Sterling Avenue, Buffalo, New York on or about June 7, 2024:

**FIREARMS AND AMMUNITION**

a.  One (1) Smith & Wesson MP40 Shield .40 caliber handgun, bearing serial number HVF8766, loaded with approximately six (6) rounds of ammunition;

4

  b.  One (1) Romarm Mini Draco 7.62 x 39 semi-automatic rifle, bearing serial number PF09862019RO, loaded with approximately twenty-seven (27) rounds of ammunition; and

  c.  Approximately twenty (20) rounds of .40 caliber ammunition.

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, July 23, 2024.

           TRINI E. ROSS
           United States Attorney


    BY:  S/MICHAEL J. ADLER
        MICHAEL J. ADLER
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5857
        Michael.Adler@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON